# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **LAMA UGILEY,** | Case No. CV 15-3044-VBF(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **SUPERIOR COURT OF LOS ANGELES COUNTY,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied and the case is dismissed with prejudice.

Dated: ___June 21, 2017_____

*Valerie Baker Fairbank*
_____
Valerie Baker Fairbank
United States District Judge